IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**TIERA SAMONE RICHARDSON and SAMUEL LEE RICHARDSON, III**<br><br>    *Defendants.* | **CRIMINAL ACTION NO.**<br>**5:20-cr-00035-TES-CHW** |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

On September 17, 2020, the Government obtained an indictment charging the above-named Defendants with one count of Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371 [Doc. 1, pp. 1–5]. Additionally, the indictment charged Defendant Tiera S. Richardson with two counts of False Statements & Representations Made to a Government Agency in violation of 18 U.S.C. § 1001(a)(2). [*Id.* at pp. 5–6]. Then, on October 7, 2020, Defendants appeared for arraignment and both pled not guilty to their respective indictment charges. [Doc. 11]; [Doc. 13]; [Doc. 14]. Since this date, they have remained on pretrial release. [Doc. 15]; [Doc. 16].

Before the Court is the United States of America's Joint Motion for Continuance [Doc. 34]. The currently scheduled trial term is set to begin October 2021. Both parties request a continuance to the next regularly scheduled trial term for the Macon Division. In support of its Motion, the Government contends that a continuance is necessary

because "Defendant Tiera Richardson has been in [and] out of the hospital since February 2021, with significant medical issues that place her ability to be present and cognizant in court in question at this time." [Doc. 34, ¶ 2]. Similarly, the Government argues that "[b]ecause of these evolving medical issues, defense counsel anticipates that the defendants will need to notice several medical experts[.]" [*Id.*].

The Court, consistent with the parties' request, **GRANTS** the Joint Motion for Continuance [Doc. 34], so that, taking into account the exercise of due diligence, defense counsel will not be denied reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). Because failure to grant a continuance would likely result in a miscarriage of justice, the Court **ORDERS** that this case be continued to the December Trial Term—the next trial term for the Macon Division. The ends of justice served by granting this continuance outweigh the interests of Defendants and the public in a speedy trial, and the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 14th day of September, 2021.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**